LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-8948-GAF (PJWx) | Date | February 27, 2014 |
|---|---|---|---|
| Title | Sanrio, Inc. v. Blink & Blink; Chang Gi Min; Byung Soo Min | | |

| Present: The Honorable | **GARY ALLEN FEESS** |
|---|---|

| Stephen Montes | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS (No Proceedings Held)

### ORDER TO SHOW CAUSE

This is a copyright action brought by Sanrio, Inc. against the three named defendants. Defendant Blink & Blink, Inc., has not answered the pending complaint. Defendants Chang Gi Min and Byung Soo Min have answered, but have failed to cooperate in the preparation of a Joint Rule 26(f) Report.

Accordingly, Defendants Chang Gi Min and Byung Soo Min are **ORDERED TO SHOW CAUSE** why the Court should not strike their answers and order that they be declared in default.

**The response to this order must be filed with the Court no later than the close of business on March 7, 2014. Failure to respond to this order by that date will result in the following actions: the Court will order that defendants' answers be stricken, that they be declared in default and that Plaintiff move for entry of default judgment as to all defendants.**

The Scheduling Conference scheduled for March 3, 2014 is VACATED.

IT IS SO ORDERED.